UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) Bankruptcy No. 09-44760-HJB |
| Carmen M. Bailey, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**UNITED STATES OF AMERICA'S MOTION TO DISMISS,
OR, IN THE ALTERNATIVE, CONVERT TO CHAPTER 7**

THE UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service (the "Service"), moves that this case be dismissed, or, in the alternative, converted to a case under Chapter 7 pursuant to 11 U.S.C. § 521(j) (hereinafter all statutory references are to the Bankruptcy Code unless otherwise stated).

IN SUPPORT THEREOF, the United States alleges:

1. On November 9, 2010, the debtor filed a chapter 13 bankruptcy petition for relief.

2. As of the date hereof, the Service has no record of receiving the debtor's Federal income tax return (Form 1040) for taxable year 2009.

3. Under section 521(j)(3), if debtor fails to file a tax return that become due after the commencement of the case, the Service may request that the Court enter an order converting or dismissing the case. If the debtor does not file the required return within 90 days after such request is filed, the Court shall convert or dismiss the case, whichever is in the best interests of creditors and the estate.

4. Accordingly, unless the debtor files the 2009 tax return by April 18, 2011 (90 days from the date hereof), this case shall be dismissed or converted. To avoid a factual dispute over

the filing of the return, the Service requests that the original return be provided to the undersigned by such date.

  WHEREFORE, the United States respectfully requests that this Court enter an order dismissing this case, or, in the alternative, converting the case to Chapter 7, whichever is in the best interests of the creditors and the estate, upon an affidavit from the undersigned that the return was not filed by April 18, 2011.

                Respectfully submitted,

                UNITED STATES OF AMERICA
                By its attorneys,
                CARMEN M. ORTIZ
                United States Attorney

Date: <u>January 18, 2011</u>       <u>/s/ Andrea D. Haddad</u>
                ANDREA D. HADDAD (BBO 663240)
                Special Assistant
                United States Attorney
                10 Causeway Street, Room 401
                Boston, MA  02222-1061
                Tel. No. (617) 565-7868
                Fax No. (617) 565-7894
                Andrea.D.Haddad@irscounsel.treas.gov

**CERTIFICATE OF SERVICE**

I, ANDREA D. HADDAD, Special Assistant United States Attorney, hereby certify that I have served a copy of the within **MOTION TO DISMISS** by electronic transmission to the list of attorneys who are currently on the list to receive e-mail notices for their case, and to the following by first-class mail:

Carmen M. Bailey
111 Brigham St. # 19B
Hudson, MA 01749

Michael J. Tremblay
277 Main Street
Marlborough, MA 01752

Benedetto, Geagan & King, CPA's
27 South Street
Northborough, MA 01532

Dyck-ONeal, Inc.
PO Box 13370
Arlington, TX 76094

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

NStar Gas
PO Box 4508
Woburn, MA 01888-4508

Town of Hudson
Light and Power Department
49 Forest Ave.
Hudson, MA 01749

UMass Memorial Marlborough Hospital
157 Union St.
Marlborough, MA 01752

Wells Fargo Home Mortgage
PO Box 6423
Carol Stream, IL 60197-6423

Date: <u>January 18, 2011</u> <span style="float:right"><u>/s/ Andrea D. Haddad</u><br>ANDREA D. HADDAD<br>Special Assistant<br>United States Attorney</span>